PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERRICK GAGE, <br><br> Defendant. | CASE NO. 1:22-CR-00245 JLT-SKO <br><br> STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA; ORDER THEREON <br><br> Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Trial on March 28, 2023.

2. By this stipulation, defendant now moves to **VACATE the trial and set the case for a change of plea hearing on March 6, 2023 at 10:00 a.m.** before the Hon. Jennifer L. Thurston, and to exclude time between today's date and the change of plea hearing.  The proposed change of plea date represents the earliest date that counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

   a) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   b) The government does not object to the continuance.

   c) The defendant needs the additional time to review the plea agreement and meet

with his attorney.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 2, 2023 to March 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 2, 2023                             PHILLIP A. TALBERT
                                                    United States Attorney

                                             By:    /s/ JUSTIN J. GILIO
                                                    JUSTIN J. GILIO
                                                    Assistant United States Attorney

Dated: February 2, 2023                             /s/ *Darryl Young*
                                                    Attorney for Defendant Derrick Gage


**O R D E R**

IT IS SO ORDERED.

  Dated:   **February 2, 2023**

                                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE                              2