1  DARRYL E. YOUNG, BAR #255894
   Attorney at Law
2  650 West 20th Street
   Merced, California, 95340
3  Telephone: (209) 354-3500
   Facsimile: (209) 354-3502
4

5  Attorney for Defendant Derrick Gage

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No.  1:22-CR-00245-JLT
12 |         Plaintiff,             |
13 |     v.                         | **MOTION TO TERMINATE CJA APPOINTMENT OF DERRICK GAGE AS ATTORNEY OF RECORD AND [PROPOSED ORDER]**
14 | DERRICK GAGE,                  |
15 |         Defendant.             |

19     On September 8, 2022, Defendant Derrick Gage was charged with being a prohibited

20 person possessing a firearm, a violation of 18 U.S.C. 922(g)(1).  CJA Panel Attorney Darryl

21 Young was appointed as trial counsel to represent Mr. Gage on September 12, 2022 in his

22 criminal case.  Mr. Gage was sentenced on September 8, 2023.  The time for filing a direct appeal

23 was September 25, 2023.  No direct appeal was filed.   Mr. Gage was in custody at sentencing.

24 The trial phase of Mr. Gage's criminal case has, therefore, come to an end.   Having completed

25 his/her representation of Mr. Gage, CJA attorney Young now moves to terminate his/her

26 appointment under the Criminal Justice Act.

27     Should Mr. Gage require further legal assistance he/she has been advised to contact the

28 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: September 25, 2023                    Respectfully submitted,


                                             /s/Darryl Young
                                             Attorney's Name, Attorney for
                                             Defendant, Defendant's Name

### [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Young has completed the services for which he was appointed, the Court hereby grants attorney Young's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Gage at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Derrick Gage
Kern County Jail
17695 Industrial Farm Rd,
Bakersfield, California, 93308


**IT IS SO ORDERED**

Dated:  July 3, 2024                              _[signature]_
                                                  UNITED STATES DISTRICT JUDGE